1
2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRCT OF CALIFORNIA-OAKLAND DIVISION

3
4

NAUTILUS INSURANCE COMPANY, an
Arizona Corporation

Case No. 4:23-cv-01886-HSG

5

Plaintiff,

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE (CIVIL
L.R. 11-3); ORDER**

6

v.

7
8

OUTDOORSY, INC., a Delaware
Corporation; SHAWN ZENOR, dba
HUAKA'I CAMPERS, an individual;

9

Defendants.

10

11   I, Caroline J. Lewis, an active member in good standing of the bar of the State of Oklahoma,

12  hereby respectfully applies for admission to practice pro hac vice in the Northern District of California

13  representing Defendant Outdoorsy, Inc. in the above-entitled action. My local co-counsel in this case

14  is David B. Tillotson, an attorney who is a member of the bar of this Court in good standing and who

15  maintains an office within the State of California. Local co-counsel's bar number is 148162.

16   My address of record is: The Rudnicki Firm, 6305 Waterford Boulevard, Suite 325, Oklahoma

17  City, Oklahoma 73118; telephone (405) 445-7422; email caroline@rudnickifirm.com.

18   Local co-counsel's address of record is: Leland, Parachini, Steinberg, Matzger and Milnick,

19  LLP, 135 Main Street, Suite 1200, San Francisco, California 94105; telephone (415) 957-1800; email

20  dtillotson@lpslaw.com.

21   I am an active member in good standing of a United States Court or of the highest court of

22  another State or the District of Columbia, as indicated above; my bar number is: Oklahoma Bar

23  Association No. 32058.

24   A true and correct copy of a certificate of good standing or equivalent official document from

25  said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court zero (0) times in the 12 months

27  preceding this application.

28

**1**

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE                                      CASE NO.:  4:23-CV-01886-HSG

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

2    Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

3    I declare under penalty of perjury that the foregoing is true and correct.

4

5                                                          **APPLICANT:**

6    Dated June 26, 2023.

7                                                          Caroline J. Lewis, OBA No. 32058
                                                           **THE RUDNICKI FIRM**
8                                                          6305 Waterford Boulevard, Suite 325
                                                           Oklahoma City, OK 73118
9                                                          Telephone: (405) 445-7422
                                                           Email: caroline@rudnickifirm.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           **2**
APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE                                      CASE NO.:  4:23-CV-01886-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**ORDER GRANTING APPLICATION FOR ADMISSION**</u>

<u>**OF ATTORNEY PRO HAC VICE**</u>

IT IS HEREBY ORDERED THAT the application of Caroline J. Lewis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:         6/29/2023

_Haywood S. Gilliam Jr._

UNITED STATES DISTRICT JUDGE

---

1

ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE                                    CASE NO.:  4:23-CV-01886-HSG

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA    )
                          )
COUNTY OF OKLAHOMA )

Loraine Dillinder Farabow, being duly sworn, deposes and says:

That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as First Assistant General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That CAROLINE JEAN LEWIS, OBA #32048, was admitted to the practice of law by the Supreme Court of Oklahoma on September 24, 2014 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

Loraine Dillinder Farabow
First Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 22nd day of June, 2023 by Loraine Dillinder Farabow.

NOTARY PUBLIC

My Commission Expires:
10/21/23

Commission Number:
19010584

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org

